IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| BOARD OF TRUSTEES, SHEET METAL WORKERS' NATIONAL PENSION FUND, *et al.*, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) Civ. No. 1:25-cv-675 (AJT/LRV) |
| COMPLETE MECHANICAL PIPING, LLC, *et al.*, | ) ) ) |
| Defendants. | ) ) ) |

**ORDER**

This matter is before the Court on the Report and Recommendation [Doc. No. 13] of the Magistrate Judge recommending that (1) Plaintiff's Motion for Default Judgment be granted; (2) a judgment be entered in favor of Plaintiffs and against Defendant Complete Mechanical Piping, LLC in the total sum of $8,491.64, plus additional interest accruing between May 30, 2025 and the satisfaction of the unpaid contributions; (3) a judgment be entered in favor of Plaintiffs and against Defendant Complete Mechanical HVAC, Incorporated in the total sum of $10,260.58, plus additional interest accruing between May 30, 2025 and the satisfaction of the unpaid contributions; and (4) Plaintiff be awarded reasonable attorney's fees in the amount of $4,471.50 and costs in the amount of $616.85, totaling $5,088.35.

No objection to the Report and Recommendation has been filed. The Court has conducted a *de novo* review of the evidence in this case and adopts and incorporates the findings and recommendations of the Magistrate Judge. Accordingly, it is hereby

**ORDERED** that the Report and Recommendation [Doc. No. 13], be, and the same hereby is, ADOPTED; and it is further

**ORDERED** that Plaintiffs' Motion for Default Judgment, [Doc. No. 9], be and the same hereby is, GRANTED; and it is further

1

**ORDERED** that a judgment be ENTERED in favor of Plaintiffs and against Defendant Complete Mechanical Piping, LLC in the total sum of $8,491.64, plus additional interest accruing between May 30, 2025 and the satisfaction of the unpaid contributions; and it is further

**ORDERED** that a judgment be ENTERED in favor of Plaintiffs and against Defendant Complete Mechanical HVAC, Incorporated in the total sum of $10,260.58, plus additional interest accruing between May 30, 2025 and the satisfaction of the unpaid contributions; and it is further

**ORDERED** that Plaintiffs be AWARDED reasonable attorney's fees in the amount of $4,471.50 and costs in the amount of $616.85, totaling $5,088.35; and it is further

**ORDERED** that this Court shall maintain jurisdiction of the case for the purpose of enforcing this Order. If Defendants fail to comply with any of the terms of this Order, Plaintiffs may, in addition to pursuing the remedies provided under Fed. R. Civ. P. 69, reopen this case upon motion to this Court and notice to the Defendants, and may, at that time, ask for further appropriate monetary and/or injunctive relief, including any additional reasonable attorneys' fees and costs incurred in connection with this case, such as, those incurred to enforce and collect on this judgment.

The Clerk is directed to enter judgment, in accordance with this Order, in favor of Plaintiff and against Defendants pursuant to Fed. R. Civ. P. 58 and to forward copies of this Order to all counsel of record and to the Defendants at their address on file.

Alexandria, Virginia
February 24, 2026

/s/
Anthony J. Trenga
Senior United States District Judge